UNITED STATES of America,
Plaintiff–Appellee,

v.

Randall RODGERS, a.k.a.
International, Defendant–
Appellant.

No. 12–16569
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 9, 2013.

Peggy Morris Ronca, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Randall Rodgers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodgers's convictions and sentences are **AFFIRMED.**